UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRANCISE WALKER, JACQUELINE           :
WALKER, MICHELLE WALLER, BRIGAIL      :
WATSON, J. DOUGLAS WELBORN, SHERRY    :
WEST, ORINE WHITE, VIVIAN WHITEN,     :
JACQUELINE WILLIAMS, SANDRA WOOD,     :
LINDA WYMAN,                          :
                                      :
       Plaintiffs.                    :     Civil Action
v.                                    :     No. 04-11226-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH           :
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER           :
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
       Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004                        Respectfully submitted,
       Boston, Massachusetts

                                            /s/Matthew J. Matule
                                            Matthew J. Matule (BBO #632075)
                                            SKADDEN, ARPS, SLATE,
Of Counsel:                                    MEAGHER & FLOM LLP
Barbara Wrubel                              One Beacon Street
Katherine Armstrong                         Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                       (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                              Counsel for Defendant
                                            Boehringer Ingelheim Pharmaceuticals, Inc.